BOX 2120

Cause No. 58,097

THE STATE OF TEXAS           §       IN THE 181ST District Court

VS.                          §       In And For

Reginald Connon              §       Potter County, Texas

    Defendant              §§

RECEIVED IN COURT OF CRIMINAL APPEALS AUG 26 2015 Abel Acosta, Clerk

Defenant Motion To Re-In-State Notice Of Appeal

To The Honorable Judge Of Said Court:

Now Comes the Defendant Reginald Connon, by and Through his Pro Se

and Filed this Motion To Re-In-State Notice Of Appeal;

Defendant Respectfully Show the Court the Following:

1.

Statement Of Facts

The trial court imposed Defendant Sentence in open court on
October ~~December~~ 10,2011.

2.

Your Defendant then filed a Notice of Appeal On june 18,2012;

As of this date of the Defendant Motion To Re-In-State Notice Of

Appeal Counsel to Represent the Defendant in this Criminal Cause.

3.

Defendant Request that this Court Order a Hearing on this Motion

To Appointed a Appeal Attorney to Represent the Defendant in

this Notice Of Appeal that wass give on the date of June 18,2013

Defendant Connon in the Underlying Case.

FILED CAROLINE WOODBURN DISTRICT CLERK 2015 AUG 20 AM 7 07 BY_____ DEPUTY POTTER COUNTY, TEXAS

Page 1.



No Waiver Of Rights

Nothing in this document should be construed by the court as a
Waiver of the Defendant Rights Under Te.Code Crim.Pro.Art.1.14,
The United States Constitution or the Texas Constitution.
Defendant does not waive any rights afforded to him as provided
by law.

wherefore,Premises Considered,Since Defendant have Establish
Necessary for Entitlement to Relief,Defendant Requests that
Upon Consideration,For Hearing on this Motion To Re-In-State
Notice of Appeal be in all things Granted.
Defendant Further Requests any other Relief to Which he May be
Justly Entitled.

Respectfully Submitted,

By: Reginald Connon#

Beto One Unit

1391 FM 3328

Tennessee Colony, Texas 75880

Page 2.

Certificate Of service

I, Reginald Connon,do hereby Certify that a true and Correct Copy
Of the above and Foregoing Defendant Motion To Re-In-State Notice
Of Appeal has been Served by Placing Same in the United States
Mail on August 10,2015, Addressed To:

1. Justin Sander

  47th District Attorney's Office

 501 South Fillmore Street, Room 5A

 Amarillo, Texas 79101


By:Reginald Connon#1748612

   Beto One Unit

APPEARANCES


COUNSEL FOR THE STATE:
    MR. JUSTIN SANDERS
    SBOT#:  24035957
    47th District Attorney's Office
    501 South Fillmore Street, Room 5A
    Amarillo, Texas 79101
    806-379-2325


COUNSEL FOR THE DEFENDANT:
    MS. DIANNA McCOY
    SBOT#: 24026865
    112 SW 8th Avenue, Suite 301-I
    Amarillo, Texas 79101
    806-373-4025

(Beginning of requested excerpt.)

MS. McCOY: Your Honor, at this time Mr. Cannon would like to give notice of appeal and would like the Court to appoint an attorney on appeal.

THE COURT: Okay. Very good. We'll have him fill out that information and get him an attorney.

And, Reginald, you've been -- you've been incarcerated this whole time. Right?

THE DEFENDANT: Uh-huh.

THE COURT: So -- okay. Then I have no problem finding that you are indigent, and we'll get you somebody appointed.

MS. McCOY: Thank you, Your Honor.

THE COURT: All right. Thank you.

THE DEFENDANT: Thank you.

(End of proceeding.)

THE STATE OF TEXAS )

COUNTY OF POTTER )

I, Lavonna Stater, Acting Deputy Court Reporter in and for the 181st District Court, County of Potter, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

WITNESS MY OFFICIAL HAND this the 21st day of November, 2014.

_____
LAVONNA STATER, CSR
TEXAS CSR NO. 2237
EXPIRATION DATE: 12/31/2015
P. O. Box 8649
Amarillo, Texas 79114
806.676.8465

Cause No.58,097

THE STATE OF TEXAS         §         IN THE 181ST District Court

VS.                        §§        IN AND FOR

Reginals Connon            §         Potter County, Texas

         Defendant

                           Order


Be it remembered that on this day came on to be heard

Defendant Motion To Re-In-State Notice Of Appeal.

The Court aftere Considering the Pleadings of the partie

Filed herein, is of the Opinion that the Following order

should issue.

it is hereby ordered that defendat Motion To Re-In-State

Notice Of Appeal is hereby in all things Granted.

Signed on this the _____day Of_____,2015.

                           DOCUMENT
                           BY CLERK UNSIGNED

                           _____
                              Date

                           Judge Presiding




                           Page 4.

Reginald Cannon#1748612
Beto One Unit
1391 FM 3328
Tennessee Colony, Texas 75880

August 10,2015

Caroline Woodburn,Clerk
District Clerk Office
Potter County
P.O.Box 9579
Amarillo, Texas 79105-9570
501 S.Fillmore-Suite#1B

RE: THE STATE OF TEXA VS. Reginald Clayon Cannon

   Cause no. 58,097-B

Dear Honorable Clerk:
Enclosed please find the Defendant Motion To Re-In-State Notice
Of Appeal in the above referenced matter.
I am forwarding a copy of the Defendant Motion to the
State District Attorney Office.

Copy File                    Sincerely,
R/C/C/

                             By: Reginald Clayon Cannon#1748612
                                 Beto One Unit

FILED
CAROLINE WOODBURN
DISTRICT CLERK
2015 AUG 20 AM 7 07
POTTER COUNTY, TEXAS
BY
_____ DEPUTY

#17201/12

Reginald Clayton Cannon#1748612
Beto One Unit
1391 FM 3328
Tennessee Colony, Texas 75880

Legal Mail

NORTH TEXAS TX PSDC
DALLAS TX 750
11 AUG 2015 PM 7 L

Caroline Woodburn
District Clerk Office
Potter County
P.O. Box 9570
Amarillo, Texas 79105-9570
501 S Fillmore

79105957070